# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2018

_____

SUKHJIT BHATTI,

Appellant,

v.

LAVIGNE OIL COMPANY OF
FLORIDA, LLC, & CITY MARKET
24-7, LLC,

Appellees.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

February 22, 2018

PER CURIAM.

AFFIRMED.

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Hadley Sanders of Hadley Sanders, P.A., Pensacola, for Appellant.

Lara J. Edelstein and Hinda Klein of Conroy Simberg, Hollywood, for Appellee, Lavigne Oil Company of Florida, LLC.